UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALLEN DALE WALL | DOCKET NO. 3:16-CV-0569 |
| | SECTION "P" |
| VERSUS | JUDGE ROBERT G. JAMES |
| JERRY GOODWIN | MAGISTRATE JUDGE HAYES |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that this Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**MONROE, LOUISIANA**, this 9th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE